UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

YUDELKY DIAZ REYES,

    Plaintiff,

v.

HANY YOUHANA and ALEXANDRA ARIAS ORLOWSKA,

    Defendants.

Case No.: 2:24-cv-10819-ES-JRA

**SUPPLEMENTAL DECLARATION OF ALEXANDRA ARIAS ORLOWSKA**

ALEXANDRA ARIAS ORLOWSKA, of full age, hereby declares as follows:

1. I am one of the named Defendants in the above-captioned action.

2. I make this Declaration in further support of Defendants' motion to dismiss the Complaint. I have personal knowledge of the facts set forth herein.

3. Attached as Exhibit A is a true and correct copy of an August 20, 2002 letter from Robert C. Moller.

4. I understand that at the time of the August 20, 2002 letter, Mr. Moller served as a representative of the United States Mission to the United Nations. His position was Minister Counselor for Host Country Affairs.

5. Attached as Exhibit B is a true and correct copy of my G-1 visas and diplomatic identifications, with birth dates and numbers redacted for privacy.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: September 30, 2025

                                                          Alexandra Arias Orlowska

# **EXHIBIT A**



UNITED STATES MISSION TO THE UNITED NATIONS

799 UNITED NATIONS PLAZA
NEW YORK, N.Y. 10017-3505

August 20, 2002

Ms. Alexandra Arias Orlowska
First Secretary
Permanent Mission of the Dominican Republic
  to the United Nations

Dear Ms. Arias:

As First Secretary at the Permanent Mission of the Dominican Republic to the United Nations, you are entitled in the territory of the United States to the privileges and immunities of a diplomatic envoy under the terms of Section 15 of the Headquarters Agreement between the United States and the United Nations.

Members of your family who are regularly resident with you, provided they are not citizens of or Permanent Resident Aliens in the United States, also enjoy immunity from the criminal jurisdiction of the United States and immunity from civil and administrative protection consistent with the Vienna Convention on Diplomatic Relations. The term "family" for the purpose of privileges and immunities is defined in circular Note to Missions dated March 16, 1987.

Privileges and immunities are not extended, however, to domestics or other members of your household staff, except as specified in Article 37(4) of the Vienna Convention on Diplomatic Relations.

Your name will be included on the next list of Officers Entitled to Diplomatic Privileges and Immunities.  This list is published periodically by the United States Mission.

Enclosed is your United States Department of State identity card(s) bearing personal identification (PID) number ▮▮▮▮. Please return the card(s) to the United States Mission upon conclusion of your assignment.

We hope that the attached outline of our administrative procedures will be helpful to you. We have also attached an outline of the administrative procedures of the Office of Foreign Missions, which is responsible for certain documentation pertaining to your diplomatic status in the United States.

                                            Sincerely,

                                            Robert C. Moller
                                            Minister Counselor
                                            Host Country Affairs

# **<u>EXHIBIT B</u>**

**UNITED STATES DEPARTMENT OF STATE**
Diplomatic Identification Card
**UNITED NATIONS**

Number: ███
Expires: 9/30/08
DOB: ███
Name: ARIAS ORLOWSKA, ALEXANDRA
Title: MINISTER-COUNSELOR
Mission: DOMINICAN REPUBLIC - UN MISSION
Location: NEW YORK, NY

SEE REVERSE SIDE FOR STATEMENT OF IMMUNITY

This person has been duly notified to the Department of State and under international law enjoys immunity from criminal jurisdiction. The bearer shall not be liable to any form of arrest or detention, but may be given a notice of violation.

The bearer shall be treated with due respect and all appropiate steps shall be taken to prevent any attack on the bearer's person, freedom, or dignity.

LAW ENFORCEMENT INQUIRIES SHOULD BE DIRECTED TO (212) 415-4131 FROM 9AM TO 5PM EASTERN TIME AND (212) 415-4444 AT ALL OTHER TIMES.

IF FOUND, RETURN TO:
Host Country Affairs
U.S. Mission to U.N.
799 United Nations Plaza
New York, NY 10017
Return postage guaranteed







**VISA — UNITED STATES OF AMERICA**

Issuing Post Name: USUN-NEW YORK
Surname: ARIAS ORLOWSKA
Given Name: ALEXANDRA
Visa Type/Class: D G1
Nationality: DOMR
Issue Date: 18MAR2009
Expiration Date: 16AUG2013
0110
Annotation: MISSION OF THE DOMINICAN REPUBLIC TO THE UNITED NATIONS, NEW YORK

CANCELLED WITHOUT [prejudice]

VNUSAARIAS<ORLOWSKA<<ALEXANDRA<<<<<<<<<<<<<



**UNITED STATES OF AMERICA VISA**

- Issuing Post Name: USUN-NEW YORK
- Surname: ARIAS ORLOWSKA
- Given Name: ALEXANDRA
- Visa Type/Class: D G1
- Sex: F
- Nationality: DOMR
- Entries: M
- Issue Date: 16JUL2002
- Expiration Date: 12MAR2004
- 1001
- Annotation: DOMINICAN REPUBLIC MISSION TO THE UN, NEW YORK

VNUSAARIAS<ORLOWSKA<<ALEXANDRA<<<<<<<<<<<<<<